Thomas D. Powers
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200 / (214) 965-0758  (Fax)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

In Re:  　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case # 18-34255-MVL-13

　　　　CARMEL ESCALONA

　　　　Debtor

## Notice to Deposit Unclaimed Funds

Transmitted herewith is a check to deposit into the court's unclaimed funds registry as unclaimed property for the above referenced Chapter 13 case.  I hereby certify that a period of ninety days has elapsed since the issuance of these funds and the disbursement check(s) has/have not been negotiated.

Disposition of Case:    **Dismissed**

Explanation:    **Chapter 13 case was dismissed post-confirmation.  Final disbursement was made per the confirmed plan with the balance being paid to the debtor.**

| Name of Payee on unclaimed check: | Amount: |
|---|---|
| Clerk of the Bankruptcy Court FBO<br>CARMEL ESCALONA<br>5516 LAYSAN COURT<br>DALLAS, TX  75249 | $3,633.17 |

Dated:　　　　　June 07, 2023　　　　　　　　　　　　/s/  Thomas D. Powers
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Office of the Standing Chapter 13 Trustee

### Certificate of Service

I hereby certify that a true copy of the foregoing Notice to Deposit Unclaimed Funds was mailed to the following parties on June 07, 2023.

US Trustee:        United States Trustee, 1100 Commerce Street, Room 9 C60, Dallas TX  75242
Debtor's Attorney:    Leinart Law Firm, 10670 N Central Expressway, Suite 320, Dallas, Tx  75231

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Thomas D. Powers
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Office of the Standing Chapter 13 Trustee